# Court of Appeals
# of the State of Georgia

ATLANTA,  July 11, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1586. HOLMES v. LUXOTTICA OF AMERICA, INC.**
**A24A1587. LUXOTTICA OF AMERICA, INC. v. HOLMES.**

John Holmes filed a direct appeal docketed as A24A1586, and Luxottica of America, Inc. filed a cross-appeal docketed as A24A1587. The parties have filed a "Consent Motion to Dismiss Appeal," in both cases, jointly moving to dismiss their cross appeals as moot, under OCGA § 5-6-48 (b) (3). The motion indicates that the parties have settled, and the claims have been resolved. We hereby GRANT the parties' consent motion and DISMISS the appeals in both Case No. A24A1586 and Case No. A24A1587.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/11/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*